UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FORSYTHE RACING, INC., etc., | |
| Plaintiff, | 2:03-cv-1024-PMP-(RJJ) |
| vs. | |
| WILLIAM ROY HUNT, etc., *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Ex Parte Motion for Supplementary Proceedings (Examination of Judgment Debtors) (#84).

The Court having reviewed the Ex Parte Motion (#84) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before November 18, 2011, Plaintiff shall file a supplement to the Ex Parte Motion (#84) wherein Plaintiff shall indicate the residence of the defendants so that the court is assured they "reside within the jurisdiction of this Court." Further, the Court notes that this motion should NOT be ex parte.

DATED this __10th__ day of November, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge