Justin C. Jones, Esq.
Nevada Bar No. 8519
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
jcjones@hollandhart.com

*Attorneys for Forsythe Racing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FORSYTHE RACING, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HUNT, an individual; CHALLENGE MOTORSPORTS, LLC, an unknown business entity; CHALLENGER RACING, LLC, a Nevada corporation; and FINISH LINE MOTORSPORTS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:03-cv-01024-PMP-RJJ<br><br>**ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTORS' EXAMINATIONS** |

On Plaintiff's motion and good cause appearing, the Defendants William Roy Hunt, Challenge Motorsports, LLC, Challenger Racing, LLC and Finish Line Motorsports, Inc. ("Defendants") are hereby ordered to appear at the offices of Holland & Hart, LLP, 9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada 89134, on the following dates and times to then answer upon oath concerning the property of Defendants and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

| Debtor | Date | Time |
|---|---|---|
| William Roy Hunt | December 30, 2011 | 10:00 a.m. |
| Challenge Motorsports, LLC | December 30, 2011 | 1:00 p.m. |
| Challenger Racing, LLC | December 30, 2011 | 2:30 p.m. |
| Finish Line Motorsports, Inc. | December 30, 2011 | 4:00 p.m. |

Page 1 of 4

5309410_1

It is further ordered that Defendants bring to the examination the following:

1. Copies of your Federal and State Income Tax returns for the two years preceding the date of this order.

2. Copies of any quarterly estimates of Federal and State Income Tax filed by you for this year, and the year preceding this order.

3. Bank statements on all checking accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

4. Canceled checks written upon any account stated in Paragraph 3 above.

5. Bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

6. All savings, deposit books covering any accounts stated in Paragraph 5 above.

7. Statements covering any savings accounts held in saving or loan associations or similar associations belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

8. All savings, deposit books covering any accounts stated in Paragraph 7 above.

9. A list of all documents or items contained in all safe deposit boxes whether privately maintained or in any bank or savings and loan or similar association belonging to you or in which you have or have had an interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order and all documents relating to that safe deposit box.

10. Evidence of any and all stocks and bonds belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

11. All evidence of investment or retirement accounts, including but not limited to certificate of deposits, mutual funds, brokerage accounts, IRA's, 401K, Keogh accounts, REIT accounts, etc.

12. All statements covering any account referenced in Paragraph 11 above for two years preceding this order.

13. All life insurance policies now upon your life or naming you as a beneficiary therein.

14. All evidence of any and all notes, contracts, negotiable instruments, receivables, accounts receivables, whether due or not, belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

5309410_1

15. All fire, burglary and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

16. All titles, deeds or contracts of sale upon real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

17. A list of any encumbrances attaching to real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding that date of this order. This request shall include the legal description of the property amount of encumbrance, name and address of beneficiary, name and address of trustee, if any, and date of recording.

18. All real or personal property assessment notices received by you within two years preceding the date of this order from any taxing agency, state or federal, whatsoever.

19. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

20. A complete inventory of all items of personal property owned by you of any nature whatsoever including automobiles, boats, household fixtures, furnishings, appliances and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

21. All automobile or personal property casualty or collision or all-risk insurance policies presently owned by you.

22. All evidence of mining claims, patents, or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

23. All evidence of any source of income and/or employment which you have received for two years preceding the date of this order or which you expect to receive in the future, together with copies of all contracts, work orders, employment agreements, payment records, partnership or corporate documents, or otherwise, relating to each source of income.

24. All documents which represent any trademark, trade name, copyright, or patent in which judgment debtor has an interest.

25. Any financial statements submitted by you to any financial or lending institution, governmental authority (i.e.-Nevada State Contractors Board, Nevada Realtors Board, etc.).

5309410_1

26. A list of all creditors, together with all information concerning said creditor, including, creditor's address, telephone number, amount owed, date debt was incurred, methods of payment, balance owing and whether account is current.

27. A list of all persons who are indebted to you and upon whom you may have a claim or interest together with all information concerning said debtor, including debtors address, telephone number, amount owed, date debt was or will be incurred, method of payment, balance owing and nature of debt.

28. All evidence of any and all partnership agreements of which you have had any interest whatsoever for two years preceding the date of this order.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Defendants at least _____ calendar days before the examination scheduled herein. As Defendants are represented by counsel in this matter, service upon their counsel shall constitute effective service.

Failure to appear may subject the Defendants to punishment for contempt of court.

DATED this 7th day of Dec._____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____
Justin C. Jones, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Forsythe Racing, Inc.*